B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Leskovar Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4460169** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1730 Park Street, Ste. 200B**<br>**NAPERVILLE, IL**<br>ZIP Code **60563** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DUPAGE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1567**<br>**BRECKENRIDGE, CO**<br>ZIP Code **80424** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box: **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | The Leskovar Group, Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>The Leskovar Group, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Nancy A. Peterman 6208120
Printed Name of Attorney for Debtor(s)
Greenberg Traurig, LLP
Firm Name
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Address

312-456-8400  Fax: 312-456-8435
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_____
Signature of Authorized Individual
Marcus M. Leskovar
Printed Name of Authorized Individual
President
Title of Authorized Individual
3/10/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | The Leskovar Group, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *[signed]* Nancy Peterman
Signature of Attorney for Debtor(s)

Nancy A. Peterman 6208120
Printed Name of Attorney for Debtor(s)

Greenberg Traurig, LLP
Firm Name

77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Address

312-456-8400  Fax: 312-456-8435
Telephone Number

3|23|2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Marcus M. Leskovar
Printed Name of Authorized Individual

President
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CORPORATE RESOLUTION

**WHEREAS**, pursuant to a duly-adopted resolution dated March 22, 2010 (the "**Resolution**"), the Board of Directors (the "**Board**") of The Leskovar Group, Inc. (the "**Corporation**") has found it to be in the best interests of the Corporation, its creditors and other interested parties, that the Corporation, through the Authorized Officers (defined below), be authorized and empowered, among other things, to:

(i) file, at such time as it is deemed necessary by the Authorized Officers of the Corporation, a voluntary petition for relief (the "**Petition**") under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the U.S. Bankruptcy Court for the Northern District of Illinois (the "**Bankruptcy Court**");

(ii) retain the law firm of Greenberg Traurig, LLP to represent the Corporation with respect to all aspects of the Chapter 7 case and, if applicable, the Chapter 7 case, including, without limitation, the preparation, negotiation and filing of the Petition and all other pleadings, court papers and other documents that are necessary, appropriate or desirable to liquidate the Corporation; and

**NOW, THEREFORE, BE IT**

**RESOLVED**, that Marcus M. Leskovar, President, and such other officers as shall be designated from time to time (collectively, the "**Authorized Officers**") are, and each of them acting alone is, authorized and empowered to: (i) execute and verify the Petition as well as any other ancillary documents, (ii) file or cause to be filed the Petition with the Bankruptcy Court (iii) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers and documents and perform any other acts any Authorized Officer deems necessary, appropriate or desirable and in the Corporation's best interests (as conclusively evidenced by the execution and delivery or filing of any such petition, schedule, list, motion, application or other paper or document or the taking of any such action); and

**FURTHER RESOLVED**, that the Authorized Officers are, and each of them acting alone is, authorized and empowered to retain on behalf of the Corporation, the law firm of Greenberg Traurig, LLP, as general counsel, to render legal services to, and to represent, the Corporation in connection with such proceedings and all other related matters in connection therewith, including, without limitation, the preparation, negotiation and filing of the Petition and all other pleadings, court papers and other documents that are necessary to liquidate the Corporation, and on such terms as approved by any Authorized Officer and subject to Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the Authorized Officers are, and each of them acting alone is, authorized and empowered to take any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as in his or their judgment shall be necessary, appropriate or desirable in order fully to carry out the intent and accomplish the purposes of the Resolution and/or the resolutions adopted herein (as conclusively evidenced by the taking of any such action, the execution and delivery of any such instrument or document or the payment of any such expense); and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any director or officer of the Corporation in connection with the liquidation of the Corporation or any matter related thereto, or by virtue of the Resolution and/or these resolutions are hereby in all respects ratified, confirmed and approved.

Executed on this 23 day of March, 2010.

The Leskovar Group, Inc.

By: Marcus M. Leskovar, Director

The Leskovar Group, Inc.

By: Andrea J. Leskovar, Director

CHI 59,277,320v1 3-22-10

## United States Bankruptcy Court
### Northern District of Illinois

In re: The Leskovar Group, Inc.
Debtor(s)

Case No.
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 22

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 3/10/2010

Marcus M. Leskovar/President
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

```
American Express
Attn: C. Parrot, Credit Operations
P.O. Box 0001
LOS ANGELES, CA 90096


Campbell Hightower & Adams
Attn: Jeff Bushman
4645 S. Lakeshore Drive, Suite 11
TEMPE, AZ 85282


Capsugel, A Division of Pfizer
535 N. Emerald Road
GREENWOOD, SC 29646


Chase Credit Card Services
P.O. Box 15153
WILMINGTON, DE 19886


Coco Rio
C.E. Events, Inc.
140 Road 992, Industrial Ward
LUQUILLO, PR 00773


Dragon Fly AADC Enterprises, Inc.
c/o Wizard Studios
140 Road 992, Industrial Ward
LUQUILLO, PR 00773


Illinois Department of Revenue
Level 7-425
100 W. Randolph
CHICAGO, IL 60601


IRS - Centralized
Insolvency Operations
P.O. Box 21126
PHILADELPHIA, PA 19114


JP Morgan Chase
P.O. Box 9001022
LOUISVILLE, KY 40290


JPMORGAN CHASE
Collateral Management
Small Business
HOUSTON, TX 77210
```

```
JPMORGAN CHASE
Business P.O. 4660
HOUSTON, TX 77210


Lowes Lake Las Vegas
101 Montelano Blvd.
HENDERSON, NV 89011


Marcus M. and Andrea J. Leskovar
P.O. Box 1567
BRECKENRIDGE, CO 80424


Mercedes Benz Financial
P.O. Box 9001680
LOUISVILLE, KY 40290-1680


Nextevent
850 Summer Street
BOSTON, MA 02127


Regus Management Group, LLC
P.O. Box 842456
DALLAS, TX 75284


Rio Mar Beach Resort
6000 Rio Mar Blvd.
RIO GRANDE, PR 00745


RMS
P.O. Box 20543
LEHIGH VALLEY, PA 18002


T-Mobile
P.O. Box 660252
DALLAS, TX 75266


The Ritz Carlton Boston
10 Avery Street
BOSTON, MA 02111


UPS
P.O. Box 650580
DALLAS, TX 75265
```

```
Wells Fargo
Business Direct Div. MAC S41101-050
PO Box 29746
PHOENIX, AZ 85038-9746


Wizard Studios
Carribbean Unlimited Events, Inc.
140 Road 992, Industrial Ward
LUQUILLO, PR 00773


Wyndham Hotel Group, Inc.
David Cone - Allen Maxwell & Silver
190 Sylvan Ave.
ENGLEWOOD CLIFFS, NJ 07632
```

## United States Bankruptcy Court
### Northern District of Illinois

In re   The Leskovar Group, Inc. _____       Case No. _____
                                        Debtor(s)                    Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                             $       15,000.00
   Prior to the filing of this statement I have received                   $       15,000.00
   Balance Due                                                             $            0.00

2. $ 299.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  3/23/2010                                   /s/ Nancy A. Peterman
                                                    Nancy A. Peterman 6208120
                                                    Greenberg Traurig, LLP
                                                    77 West Wacker Drive
                                                    Suite 3100
                                                    Chicago, IL 60601
                                                    312-456-8400  Fax: 312-456-8435

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    The Leskovar Group, Inc.    Case No. _____

Debtor(s)    Chapter    7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    The Leskovar Group, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Andrea J. Leskovar
P.O. Box 1567
BRECKENRIDGE, CO 80424

Marcus M. Leskovar
P.O. Box 1567
BRECKENRIDGE, CO 80424

☐ None [*Check if applicable*]

Date: _____

/s/ Nancy A. Peterman
Nancy A. Peterman 6208120
Signature of Attorney or Litigant
Counsel for    The Leskovar Group, Inc.
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
312-456-8400 Fax:312-456-8435